UST EXHIBIT 1
08/24/2015
Case No. 15-70242
Page 1 of 6

RepeatPACER, CONVERTED, 13FR

# U.S. Bankruptcy Court
## Western District of Virginia (Roanoke)
### Bankruptcy Petition #: 15-70242

*Date filed:* 02/27/2015
*Date converted:* 05/27/2015
*341 meeting:* 07/17/2015
*Deadline for objecting to discharge:* 08/18/2015

*Assigned to:* Judge Paul M. Black
Chapter 7
Previous chapter 13
Original chapter 13
Voluntary
No asset

*Debtor*
**William Webb Schlueter**
398 Wesley Road
Daleville, VA 24083-3068
BOTETOURT-VA
SSN / ITIN: xxx-xx-4936

represented by **Bryan James Palmer**
Michael D Hart PC
P O BOX 622
ROANOKE, VA 24004
540 342-9736
Email: service@hartlawroanoke.com

*Trustee*
**Christopher T. Micale (393585)**
P. O. Box 1001
Roanoke, VA 24005
(540) 342-3774
*TERMINATED: 05/27/2015*

represented by **Christopher T. Micale (393585)**
P. O. Box 1001
Roanoke, VA 24005
(540) 342-3774
Email: chapter13_trustee@ch13wdva.com

**Jason Brill Shorter**
Office of the Chapter 13 Trustee
P.O. Box 1001
Roanoke, VA 24005-1001
(540) 342-3774
Fax : (540) 342-3062
Email: jshorter@ch13wdva.com

*Trustee*
**Roy V Creasy(70)**
213 S Jefferson St Ste 915
Roanoke, VA 24011-1735
540-342-0729

represented by **Roy V Creasy(70)**
213 S Jefferson St Ste 915
Roanoke, VA 24011-1735
540-342-0729
Fax : 540-342-0077
Email: barbara@creasy.roacoxmail.com

*U.S. Trustee*
**USTrustee**
Office of the United States Trustee
210 First Street, Suite 505
Roanoke, VA 24011
(540) 857-2806

*U.S. Trustee*
**Margaret K Garber**
U S Trustee's Office
210 First Street, Suite 505
Roanoke, VA 24011
5408572829

| Filing Date | # | Docket Text |
|---|---|---|
| 07/20/2015 | 37 | Motion For Sanctions Filed by U.S. Trustees Margaret K Garber, USTrustee Hearing scheduled 8/24/2015 at 02:00 PM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Garber, Margaret) (Entered: 07/20/2015) |
| 07/15/2015 | 36 | Document/Event Entered in Error Filed by Roy V Creasy(70) on behalf of Roy V Creasy(70) (RE: related document(s) 35 Meeting of Creditors Continued). (Creasy(70), Roy) (Entered: 07/15/2015) |
| 07/15/2015 | 35 | Meeting of Creditors Continued on 7/17/2015 at 10:00 AM at xcr mtg, WDS, Brd Rm., Shen Gov Ctr, Clock Tower Entrance, 600 N. Main St., Woodstock, VA 22664. (Creasy(70), Roy) (Entered: 07/15/2015) |
| 07/01/2015 | 34 | Meeting of Creditors Continued Roy V Creasy(70) on behalf of Roy V Creasy(70). Section 341(a) meeting to be continued to 7/17/2015 at 10:00 AM at cr mtg, ROA, First Campbell Square, Rm 120, 210 First Street, S.W., Roanoke, VA 24011. (Creasy(70), Roy) (Entered: 07/01/2015) |
| 06/20/2015 | 33 | Meeting of Creditors Continued on 6/30/2015 at 02:00 PM at cr mtg, ROA, First Campbell Square, Rm 120, 210 First Street, S.W., Roanoke, VA 24011. (Creasy(70), Roy) (Entered: 06/20/2015) |
| 06/03/2015 | 32 | Certificate of Mailing Filed by Christopher T. Micale (393585) on behalf of Christopher T. Micale (393585) (RE: related document(s)30 Order on Motion to Dismiss Case/Debtor). |

| | | |
|---|---|---|
| | | (Micale (393585), Christopher) (Entered: 06/03/2015) |
| 06/02/2015 | ●31 | Chapter 13 Trustee's Final Report and Account . Case to Be Closed if Applicable 07/2/2015. (Micale (393585), Christopher) (Entered: 06/02/2015) |
| 06/01/2015 | ●30 | Order Withdrawing Trustee's Motion to Dismiss Case/Debtor without prejudice. (Related Doc # 18) Signed on 6/1/2015. To Micale for service. (Fletcher, Ann) (Entered: 06/01/2015) |
| 05/29/2015 | ●29 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)26 Order on Motion to Convert Case to Chapter 7) No. of Notices: 23. Notice Date 05/29/2015. (Admin.) (Entered: 05/30/2015) |
| 05/29/2015 | ●28 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 27 Meeting of Creditors Chapter 7 No Asset) No. of Notices: 22. Notice Date 05/29/2015. (Admin.) (Entered: 05/30/2015) |
| 05/27/2015 | ●27 | Meeting of Creditors 341(a) meeting to be held on 6/19/2015 at 11:00 AM at cr mtg, ROA, First Campbell Square, Rm 120, 210 First Street, S.W., Roanoke, VA 24011. Last day to oppose discharge or dischargeability is 8/18/2015. (Fletcher, Ann) (Entered: 05/27/2015) |
| 05/27/2015 | ●26 | Order Granting Motion to Convert Case to Chapter 7 (Related Doc # 22) Trustee Christopher T. Micale (393585) removed from the case. Trustee Roy V Creasy(70) added to the case. Signed on 5/27/2015. To BNC for service. (Fletcher, Ann) (Entered: 05/27/2015) |
| 05/26/2015 | ●25 | **Evidentiary** Hearing Held - Hearing Continued (RE: related document(s)12 Debtor's Chapter 13 Plan, 14 Trustee's 341 Report & Show Cause, 19 Trustee's 341 Report & Show Cause) Hearing scheduled 6/8/2015 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. No Order Required. May be converted prior thereto. (Fletcher, Ann) Modified on 5/27/2015 (Fletcher, Ann). (Entered: 05/27/2015) |
| 05/26/2015 | ●24 | Hearing Held - Motion Withdrawn (RE: related document(s)18 Trustee's Motion to Dismiss Case/Debtor with one-year prohibition on Re-filing) Order to be Tendered by Micale Due by 6/5/2015. (Fletcher, Ann) (Entered: 05/26/2015) |

| | | |
|---|---|---|
| 05/22/2015 | 23 | Receipt of Motion to Convert Case to Chapter 7(15-70242) [motion,mcnv7] ( 25.00) Filing Fee. Receipt number 5962315. Fee amount 25.00. (re: Doc# 22) (U.S. Treasury) (Entered: 05/22/2015) |
| 05/22/2015 | 22 | Motion to Convert Case to Chapter 7 Fee Amount $25 Filed by Debtor William Webb Schlueter (Palmer, Bryan) (Entered: 05/22/2015) |
| 05/21/2015 | 21 | Exhibit *Exhibit List w/ Exhibits* Filed by Jason Brill Shorter on behalf of Christopher T. Micale (393585). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19) (Shorter, Jason) (Entered: 05/21/2015) |
| 05/11/2015 | 20 | Hearing Held - Hearing Continued (RE: related document(s)12 Chapter 13 Plan filed by Debtor, 14 Trustee's 341 Report and Show Cause, 19 Trustee's 341 Report and Show Cause) Continued for Evidentiary Hearing. Exhibits Due by 5/22/15. Hearing scheduled 5/26/2015 at 11:00 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. No Order Required. (Fletcher, Ann) (Entered: 05/11/2015) |
| 05/06/2015 | 19 | Supplemental Trustee's 341 Report and Show Cause *and Notice to Dismiss*. Hearing scheduled 5/11/2015 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Micale (393585), Christopher) (Entered: 05/06/2015) |
| 05/06/2015 | 18 | Motion to Dismiss Case/Debtor *With One-year Prohibition on Re-Filing* Filed by Trustee Christopher T. Micale (393585) Hearing scheduled 5/26/2015 at 11:00 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Micale (393585), Christopher) (Entered: 05/06/2015) |
| 05/01/2015 | 17 | Meeting of Creditors Held (Micale (393585), Christopher) (Entered: 05/01/2015) |
| 04/22/2015 | 16 | Certificate of Mailing *of Order Granting Motion To Extend Deadline to File Schedules* Filed by Bryan James Palmer on behalf of William Webb Schlueter (RE: related document(s)15 Order on Motion to Extend Deadline to File Schedules). (Palmer, |

| | | |
|---|---|---|
| | | Bryan) (Entered: 04/22/2015) |
| 04/22/2015 | ●15 | Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information (Related Doc # 9) Signed on 4/22/2015. 5/11/15 Hearing Cancelled. To Palmer for service. (Fletcher, Ann) (Entered: 04/22/2015) |
| 04/13/2015 | ●14 | Trustee's 341 Report and Show Cause *and Notice to Dismiss* Christopher T. Micale (393585) on behalf of Christopher T. Micale (393585). Hearing scheduled 5/11/2015 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Micale (393585), Christopher) (Entered: 04/13/2015) |
| 04/10/2015 | ●13 | Meeting of Creditors Continued on 5/1/2015 at 02:00 PM at cr mtg, ROA, First Campbell Square, Rm 120, 210 First Street, S.W., Roanoke, VA 24011. (Micale (393585), Christopher) (Entered: 04/10/2015) |
| 03/27/2015 | ●12 | Chapter 13 Plan *(dated March 27, 2015)* Filed by Bryan James Palmer on behalf of William Webb Schlueter. (Palmer, Bryan) (Entered: 03/27/2015) |
| 03/27/2015 | ●11 | Balance of Schedules Filed by Bryan James Palmer on behalf of William Webb Schlueter. (Palmer, Bryan) (Entered: 03/27/2015) |
| 03/23/2015 | ●10 | Notice of Hearing *on rescheduled 341 Creditors' Meeting* Filed by Bryan James Palmer on behalf of William Webb Schlueter. Hearing scheduled 5/1/2015 at 02:00 PM at cr mtg, ROA, First Campbell Square, Rm 120, 210 First Street, S.W., Roanoke, VA 24011. (Palmer, Bryan) (Entered: 03/23/2015) |
| 03/16/2015 | ●9 | Motion to Extend Deadline to File Schedules or Provide Required Information Filed by Debtor William Webb Schlueter Hearing scheduled 5/11/2015 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. (Palmer, Bryan) (Entered: 03/16/2015) |
| 03/04/2015 | ●8 | BNC Certificate of Mailing - PDF Document. (RE: related document(s)7 Order of Deficiency Schedules Due) No. of Notices: 1. Notice Date 03/04/2015. (Admin.) (Entered: 03/05/2015) |
| 03/02/2015 | ●7 | Order of Deficiency Schedules Due Signed on 3/2/2015. Atty |

| | | |
|---|---|---|
| | | Disclosure Statement due 4/10/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 22C-1 Due 4/10/2015. Schedules A-J due 4/10/2015. Statistical Summary of Liabilities due 4/10/2015. Statement of Financial Affairs due 4/10/2015. Summary of Schedules due 4/10/2015. Chapter 13 Plan due by 4/10/2015. (Fletcher, Ann) (Entered: 03/02/2015) |
| 03/01/2015 | 6 | BNC Certificate of Mailing - Meeting of Creditors. (RE: related document(s) 5 Meeting (AutoAssign Chapter 13)) No. of Notices: 19. Notice Date 03/01/2015. (Admin.) (Entered: 03/02/2015) |
| 02/27/2015 | 5 | Meeting of Creditors with 341(a) meeting to be held on 04/10/2015 at 09:00 AM at cr mtg, ROA, First Campbell Square, Rm 120, 210 First Street, S.W., Roanoke, VA 24011. Confirmation hearing to be held on 05/11/2015 at 09:30 AM at Roanoke, US Bankruptcy Court, 2nd Flr, 210 Church Ave., Roanoke, VA 24011. Objections for Discharge due by 06/09/2015. Proof of Claim due by 07/09/2015. Government Proof of Claim due by 08/26/2015. (admin, ) (Entered: 02/27/2015) |
| 02/27/2015 | 4 | Receipt of Voluntary Petition (Chapter 13)(15-70242) [misc,volp13] ( 310.00) Filing Fee. Receipt number 5866093. Fee amount 310.00. (re: Doc# 1) (U.S. Treasury) (Entered: 02/27/2015) |
| 02/27/2015 | 3 | Certificate of Credit Counseling Filed by Bryan James Palmer on behalf of William Webb Schlueter. (Palmer, Bryan) (Entered: 02/27/2015) |
| 02/27/2015 | 2 | Statement of Social Security Number. This document contains sensitive information and cannot be viewed by the public. Filed by Bryan James Palmer on behalf of William Webb Schlueter. (Palmer, Bryan) (Entered: 02/27/2015) |
| 02/27/2015 | 1 | Chapter 13 Voluntary Petition . Fee Amount $310 Filed by Bryan James Palmer on behalf of William Webb Schlueter Incomplete Filings Due by 03/13/2015. (Palmer, Bryan) (Entered: 02/27/2015) |

A TRUE COPY, TESTE:
JOHN W. L. CRAIG, II, CLERK
UNITED STATES BANKRUPTCY COURT

By _____
              DEPUTY CLERK